# LAW OFFICES OF NOLAN KLEIN, P.A.   ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

[www.nklegal.com](www.nklegal.com)                                                                    Nolan Klein, Esq.
                                                                                                      klein@nklegal.com

February 17, 2023

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St., Room 1620
New York, NY 10007

   *Re: **Jones v. Joovy Holding Co.**
     **SDNY Case No.: 1:22-cv-06856***

Dear Judge Liman,

  The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

            Respectfully Submitted,

            **Law Offices of Nolan Klein, P.A.**

           By: */s/ Nolan K. Klein*
             NOLAN K. KLEIN
             (NK4223)

NKK/amd
cc: Mars Khaimov, Esq. (via ECF)